IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT, E.D.N.Y.

★ AUG 2 6 2005

BROOKLYN OFFICE

| | |
|---|---|
| MISTER SOFTEE INC.<br>901 E. Clements Bridge Road<br>Runnemede, NJ 08078 | : |
| **Plaintiff,** | : |
| v. | : |
| KOOL KAT TREATS, LLC d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 | : |
| KOOL KAT ICE CREAM VENDING, INC.<br>d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 | : |
| WILLIAM CANADA d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 | : |
| HUSEYIN A. YUCE d\b\a Mr. Frosty<br>2A Denton Pl., 2nd Floor<br>Farmingdale, NY 11735 | : |
| GUS TOUFOS<br>21-29 25 Road, 1st Floor<br>Astoria, NY 11102 | : |
| SEROB NAZARETYAN<br>40-39 48 St. D1<br>Sunnyside, NY 11104 | : |
| STAVROS SERGIADIS<br>34-37 11TH Street<br>Long Island City, NY 11106 | : |
| JOHN LUKE, INC.<br>26 20 23rd Avenue<br>Astoria, NY 11105 | : |
| EDWARD ETHAN, INC.<br>34-37 11th Street<br>Long Island City, NY 11106 | : |

CV 05 4111

CIVIL ACTION NO.

WEINSTEIN, J.

BOYLE, M.J.

JUAN MALDONADO                                   :
47 Cherry St.                                    :
Central Islip, NY  11722                         :
                                                 :
DAIRY LINE CORPORATION                           :
25 56 31st Street                                :
Astoria, NY 11102                                :
                                                 :
MR. ICE CREAM SOFT, INC.                         :
126-30 37th Avenue                               :
Corona, NY  11368                                :
                                                 :
MARCOS  A. NEIRA                                 :
111-50 Corona Avenue                             :
Corona, NY  11368                                :
                                                 :
S. KONSTANTAKAKOS                                :
40 Berry Hill Lane                               :
Bethpage, NY 11714                               :
                                                 :
TEOTIMO A. CABRAL                                :
157 Barbey Street, 2nd Floor                     :
Brooklyn, NY 11207                               :
                                                 :
MANUEL J. UZHCA                                  :
81-14 34th Avenue, Apt. 33                       :
Jackson Heights, NY 11372                        :
                                                 :
PIEDAD M. AVEVALO                                :
47-17 104th Street, 2nd Floor                    :
Corona, NY 11368                                 :
                                                 :
R. ADAMES-DEVARGAS                               :
384 Keap Street, Apt. 22                         :
Brooklyn, NY 11211                               :
                                                 :
NAPO ZHIRZHAN                                    :
706 Pt. Washington Road                          :
Pt. Washington, NY 11050                         :
                                                 :
ADVANCED AT INC.                                 :
140 Applehill Road                               :
Hurley, NY 12443                                 :
                                                 :

2

## CIVIL ACTION - COMPLAINT

### THE PARTIES

1.       Plaintiff Mister Softee, Inc. ("Mister Softee") is a New Jersey corporation with an address at 901 E. Clements Bridge Road, Runnemede, New Jersey 08078. Mister Softee owns the trademark "Mister Softee" and the trade dress comprising the distinctive look of the Mister Softee mobile soft ice cream truck. Mister Softee has been using its trademarks and trade dress since 1956, and has devoted a substantial amount of time and money developing, advertising and promoting its trademarks and trade dress. Mister Softee brings this action against various individuals and entities which are using Mister Softee's federally registered trademarks, trade dress, and proprietary business system without Mister Softee's authorization. Defendant's are infringing Mister Softee's federally registered trademarks and trade dress and are unfairly competing with Mister Softee's licensees, all of whom paid and continue to pay royalty fees for the right to use Mister Softee's federally registered trademarks, trade dress and proprietary business system. Mister Softee brings this action to protect the goodwill associated with its trademarks and trade dress, and also brings this action to protect its licensee who are being harmed as a result of the defendants' unauthorized use of Mister Softee's trademarks and trade dress. Finally, because the defendants are not affiliated with Mister Softee, Mister Softee has no ability to ensure that defendants are storing and dispensing their ice cream and other food products in compliance with applicable health standards and laws. It is for these reasons that Mister Softee has commenced this action against these defendants.

2.       Defendants are individuals who operate mobile soft ice cream trucks using trade names and trade dress that are confusingly similar to the trademarks and trade dress

3

used by Mister Softee.  As a result, Mister Softee commences this action against the defendants for injunctive relief and monetary damages due to the defendants' unauthorized use and infringement of Mister Softee's trademarks and trade dress.  Pictures showing an authentic Mister Softee truck are attached hereto as Exhibit "A".  Pictures of defendants' trucks are attached hereto as group Exhibit "B".

3.      Defendant Kool Kat Treats, LLC ("Kool Kat Treats") is a New York limited liability company with an address at 590 Pine Aire Drive, Bayshore, NY 11706.

4.      Defendant Kool Kat Ice Cream Vending, Inc. ("Kool Kat Ice") is a New York corporation with an address at 590 Pine Aire Drive, Bayshore, NY 11706.

5.      Defendant William Canada ("Canada") is an individual with an address at 590 Pine Aire Drive, Bayshore, NY 11706.  Upon information and belief, Canada is the CEO of Kool Kat Treats and Kool Kat Ice.

6.      Huseyin A. Yuce d/b/a Mr. Frosty is an individual with an address at 2A Denton Place, 2nd Floor, Farmingdale, NY 11735.

7.      Defendant Gus Toufos ("Toufos") is an individual with an address at 21-29 25 Road, 1st Floor, Astoria, NY 11102.

8.      Defendant Scrob Nazaretyan ("Nazaretyan") is an individual with an address at 40-39 48 Street Unit D1, Sunnyside, NY 11104.

9.      Defendant Stavros Sergiadis ("Sergiadis") is an individual with an address at 34-37 11th Street, Long Island City, NY 11106.

10.     Defendant John Luke, Inc. ("John Luke") is a New York corporation with an address at 26 20 23rd Avenue, Astoria, NY 11105.

4

11.     Edward Ethan, Inc. ("Edward Ethan") is a New York corporation with an address at 34-37 11ᵗʰ Street, Long Island City, NY 11106.

12.     Juan Maldonado ("Maldonado") is an individual with an address at 47 Cherry Street, Central Islip, NY 11722.

13.     Defendant Dairy Line Corporation ("Dairy Line") is a New York corporation with an address at 25 56 31ˢᵗ Street, Astoria, NY 11102.

14.     Defendant Mr. Ice Cream Soft, Inc. ("Mr. Ice Cream Soft") is a corporation with an address at 126-30 37ᵗʰ Avenue, Corona, NY 11368.

15.     Defendant Marcos Neira ("Neira") is an individual with an address at 111-50 Corona Avenue, Corona, NY 11368. Upon information and belief, Neira is the owner and manager of Mr. Ice Cream Soft.

16.     Defendant S. Konstantakakos ("Konstantakakos") is an individual with an address at 40 Berry Hill Lane, Bethpage, NY 11714.

17.     Teotimo A. Cabral ("Cabral") is an individual with an address at 157 Barbey Street, 2ⁿᵈ Floor, Brooklyn, NY 11207.

18.     Manuel J. Uzhca ("Uzhca") is an individual with an address at 81-14 34ᵗʰ Avenue, Apt. 33, Jackson Heights, NY 11372.

19.     Piedad M. Avevalo ("Avevalo") is an individual with an address at 81-14 34ᵗʰ Avenue, Apt. 33. Jackson Heights, NY 11372.

20.     R. Adames-Devargas ("Adames-Devargas") is an individual with an address at 384 Keap Street, Apt. 22, Brooklyn, NY 11211.

21.     Napo Zhirzhan ("Zhirzhan") is an individual with an address at 706 Pt. Washington Road, Pt. Washington, NY 11050.

5

22.     Advanced At, Inc. ("Advanced") is a New York corporation with an address at 140 Applehill Road, Hurley, NY 12433.

## JURISDICTION AND VENUE

23.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338 in that Mister Softee's claims against each defendant are based upon trademark and trade dress infringement under the Lanham Act, 15 U.S.C. §1051 *et seq.*

24.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) in that all defendants (except defendant Advanced) reside in this judicial district and 28 U.S.C. §1391(b)(2) in that a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in this judicial district. All defendants operate their ice cream trucks from various "depots" located in Kings, Queens and Nassau Counties, NY.

## THE MISTER SOFTEE SYSTEM

25.     Mister Softee is a family owned business which has been in operation since 1956. Mister Softee through its affiliate, is the franchisor of Mister Softee mobile ice cream truck businesses which sell soft-serve ice cream, hard ice cream, frozen desserts, novelties, stick items and other products.

26.     Mister Softee franchisees are licensed to use Mister Softee's trade names, service marks and trademarks and to operate under the Mister Softee business system, using specially designed mobile trucks with special equipment, equipment layouts, interior and exterior accessories, menu displays, identification schemes, products, management programs, standards, specifications, proprietary marks and information.

27.     Mister Softee owns the trademarks "Mister Softee" and related logos which are registered on the Principal Register of the United States Patent and Trademark Office at

6

Registration Nos. 2128918, 0667335 and 0663456. Mister Softee owns the trademark for the "Mister Softee Jingle" which consists of the musical jingle played by Mister Softee trucks at Registration No. 2218017. Additionally, Mister Softee owns a federal trademark registration for the overall design of the Mister Softee ice cream truck, registered on the Principal Register of the United States Patent and Trademark Office at No. 2906357.

28.      Mister Softee also created and uses the marks "Tu-Tone Cone," "Twinkletop Conehead," "Cherry Top Conehead," "Chocolate Top Conehead" and "Devil's Delight Conehead." The term "Conehead" refers to Mister Softee's cartoon logo of an ice cream cone with a smiling face and bow tie.   Only authorized licensees are permitted to use Mister Softee's federally registered trademarks, trade dress and proprietary business system.

29.      Mister Softee and its franchisees have continuously used and advertised Mister Softee's trademarks, trade names, trade dress and musical jingle throughout the region. Mister Softee's trademarks, trade names, trade dress and musical jingle distinguish its business and its franchises from similar businesses and are widely known and recognized by consumers. Mister Softee first began using its marks and trade dress in 1956 and first registered the above marks in 1958. The Mister Softee musical jingle was composed in 1960.

30.      Mister Softee trucks solicit business by traveling through various neighborhoods and playing the Mister Softee musical jingle. Mister Softee's customer base predominately comprises young children and their parents.

31.      Mister Softee trucks are inherently distinctive in appearance. The design and appearance of Mister Softee trucks are arbitrary and nonfunctional. Mister Softee trucks are white with a blue trim which borders the bottom of each truck. The wheels on Mister Softee

7

trucks are also blue. Mister Softee's Conehead is predominately displayed on the sides and back of each Mister Softee truck. Each side of a Mister Softee truck contains a sliding glass window used to service customers. A menu display in each window titled "Mister Softee Treats" in red, cursive print, advertises various ice cream products and their prices. The display windows also contain designed advertisements printed on plastic for specialty products including, but not limited to, "Devil's Delight Conehead," "Cherry Top Conehead," "Chocolate Top Conehead," "Twinkletop Conehead," "Banana Boat," "Strawberry Sundae," "Hawaiian Pineapple Sundae," "Chocolate Nut Sundae," "Cherry Sundae," "Chocolate Sundae," "Tu-Tone Cone" and "Cart Wheel." The name "Mister Softee" is printed on these advertisements. Each truck is also equipped with a music box and loudspeaker through which the Mister Softee musical jingle is played to attract customers.

32.     Mister Softee trucks have distinctive lettering and wording on the sides and back of their trucks. Along the bottom side of the trucks above the blue trim, in big blue block letters with green frosting, are the words "Shakes Sundaes Cones." On the back of each Mister Softee truck, there is wording in red block letters that reads "Watch For Our Children SLOW!" and there are pictures of a boy and girl wearing their seatbelts.

33.     Each of these elements make an authentic Mister Softee truck unique and distinctly identifiable to the consuming public as a Mister Softee mobile ice cream business.

## THE INFRINGERS

34.     Defendants Kool Kat Treats, Kool Kat Ice and Canada conduct a business selling soft-serve ice cream and similar products through the use of a mobile truck. Defendants truck (NY PL # 18260-JT) is white with blue trim which borders the bottom of the truck. The name "Mister Frostee" appears in blue cursive lettering on three sides of the

8

truck. The words "Very Best" appear on the hood in red cursive letters. On the truck's sides appears the words "Cones", "Sundaes" and "Shakes" in large red letters above the blue trim. The rear of the truck states "Watch For Our Children" in red block letters.

35.    Defendant Yuce conducts a business selling soft-serve ice cream and similar products through the use of a mobile truck under the name "Mr. Frosty". Defendant Yuce's truck (NY PL # 80984JN) is white with blue trim which borders the bottom of the truck. The On the truck's sides appear the words "Cones", "Sundaes" and "Shakes". The name "Mr. Frosty" appears on the front and sides of the truck in red lettering.

36.    Defendant Toufos conducts a business selling soft-serve ice cream and similar products through the use of mobile trucks.

a.  Defendant Toufos' truck #1 (NY PL # 84356 JN) is white with blue trim which borders the bottom of the truck. The trucks wheel rims are also painted blue. The truck displays Mister Softee created decals, including an advertisement depicting a large red sundae, under which the word "Sundaes" appears in red letters next to the sliding glass service window. In addition, the sliding glass service window on the truck's side displays a Mister Softee designed menu board. On the truck's sides appears the word "Cones", "Sundaes" and "Shakes" in blue and white, block capital letters above the blue trim.

b.  Defendant Toufos' truck #2 (NY PL # 84355 JN) is white with blue trim which borders the bottom of the truck. The trucks wheel rims are also painted blue. Similar to a Mister Softee truck, next to the truck's sliding glass service window is an advertisement depicting a large red sundae, under which the word "Sundaes" appears in red letters. The sliding glass service window on the truck's side displays a Mister Softee designed menu

9

board. On the truck's sides appears the word "Cones", "Sundaes" and "Shakes" in blue and white, block capital letters above the blue trim.

      c. Defendant Toufos' truck #3 (NY PL # 85341JN) is white with blue trim which borders the bottom of the truck. The rear of the truck states "Caution! Watch for Our Children" in red block lettering.

      37.     Defendant Nazaretyan conducts a business selling soft-serve ice cream and similar products through the use of a mobile truck. Defendant Nazaretyan's truck (NY PL # 87876JT) is white with blue trim which borders the bottom of the truck. Similar to a Mister Softee truck, next to the truck's sliding glass service window is an advertisement depicting a large red sundae, under which the word "Sundaes" appears in red letters. Also, next to the service window is a Mister Softee designed "Conehead" decal. The sliding glass service window on the truck's side displays a Mister Softee designed menu board. On the truck's sides appears the word "Cones", "Sundaes" and "Shakes" in blue, block capital letters above the blue trim. The back of the truck reads "SLOW! Watch For Our Children" in red block capital letters.

      38.     Defendant Sergiadis conducts a business selling soft-serve ice cream and similar products through the use of mobile trucks. Defendant Sergiadis' truck (NY PL # 12277JU) is white with blue trim which borders the bottom of the truck. The sliding glass service window on the truck's side displays a Mister Softee designed menu board and advertisements.

      39.     Defendant John Luke conducts a business selling soft-serve ice cream and similar products through the use of a mobile truck. Defendant Luke's truck (NY PL #

12282JU) is white with blue trim which borders the bottom of the truck. The truck's sliding glass service window displays Mister Softee advertisements.

40.    Defendant Edward Ethan conducts a business selling soft-serve ice cream and similar products through the use of a mobile truck. Edward Ethan's truck (NY PL # 84306JN) is white with blue trim which borders the bottom of the truck. The truck's menu board is a copied from a Mister Softee menu board. In addition, the truck's service window displays Mister Softee designed advertisements.

41.    Defendant Maldonado conducts a business selling soft-serve ice cream and similar products through the use of a mobile truck. Defendant Maldonado's truck (NY PL # 18004JT) is white with blue trim which borders the bottom of the truck. On the hood of the truck, the back, and on at least one side appears the name: "Mr. Soft Ice Cream" in red cursive writing. Also, the truck's hood reads "The Best" in red cursive writing. Similar to a Mister Softee truck, next to the truck's sliding glass service window is an advertisement depicting a large red sundae, under which the word "Sundaes" appears in red letters. On the truck's sides appears the word "Cones", "Sundaes" and "Shakes" in blue and red, block capital letters above the blue trim. The back of the truck reads "Caution. Slowdown Watch out For Our Children" in red letters.

42.    Defendant Dairy Line conducts a business selling soft-serve ice cream and similar products through the use of mobile trucks.

a.    Defendant Dairy Line's truck #1 (NY PL # 12532JU) is white with blue trim which borders the bottom of the truck. The truck displays Mister Softee created decals, including a red sundae next to the sliding glass service window. The sliding glass

11

service window also displays a Mister Softee designed menu board which reads "Softee Treats".

          b.       Defendant Dairy Line's truck #2 (NY PL # 84730JN) is white with blue trim which borders the bottom of the truck. The truck's wheel rims are also painted blue. The truck displays Mister Softee designed decals, including a red sundae next to the sliding glass service window. In addition, the service window displays a Mister Softee designed menu board which reads "Softee Treats".

          c.       Defendant Dairy Line's truck #3 (NY PL # 84729 JN) is white with blue trim which borders the bottom of the truck. The truck's wheel rims are also painted blue. The truck displays Mister Softee designed decals, including a red sundae next to the sliding glass service window. In addition, the service window displays a Mister Softee designed menu board which reads "Softee Treats".

       43.       Defendants Mr. Ice Cream Soft and Neira conduct a business selling soft-serve ice cream and similar products through the use of mobile trucks. Upon information and belief, Mr. Ice Cream Soft's trucks are white with blue trim which borders the bottom of the truck. Mr. Ice Cream Soft's trucks display Mister Softee designed advertisements and menu boards. On the trucks' sides appears the word "Cones", "Sundaes" and "Shakes". A true and correct copy of Mr. Ice Cream Soft's business card is attached as Exhibit "C".

       44.       Defendant Konstantakakos conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Konstantakakos' truck (NY PL # 52562JT) is white with blue trim which borders the bottom of the truck. The truck displays Mister Softee created decals, including a red sundae next to the sliding glass service window.

45.     Defendant Cabral conducts a business selling soft serve ice cream and similar products through the use of a mobile truck.. Cabral's truck (NY PL # 56260JT) is white with blue trim which borders the bottom of the truck. The truck's wheel rims are also painted blue. In addition, the truck displays Mister Softee created advertisements, decals, including a red sundae next to the trucks sliding glass service window and a milkshake on the truck's passenger side door. The truck's service window also displays a Mister Softee menu board.

46.     Defendant Uzhca conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Uzhca's truck (NY PL # 52687JT) is white with a blue trim which borders the bottom of the truck. The truck's wheel rims are also painted blue. In addition, the truck displays Mister Softee created advertisements on its sliding glass service window. On the trucks' sides appears the word "Cones", "Sundaes" and "Shakes".

47.     Defendant Arevalo conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Arevalo's truck (NY PL # 54142JT) is white with blue trim which borders the bottom of the truck. In addition, the truck displays decals and advertisements made to resemble those advertisements used on authentic Mister Softee trucks, including Mister Softee's "Conehead" decal.

48.     Defendant Adames-Devargas conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Adames-Devargas' truck (NY PL # 12249JU) is white with blue trim which borders the bottom of the truck. The truck displays Mister Softee created advertisements, decals, including a red sundae next to the trucks sliding glass service window and a milkshake on the next to the truck's driver side door.

49.     Defendant Zhirzhan conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Zhirhan's truck (NY PL # 12417JU) is

white with blue trim which borders the bottom of the truck. In addition, the truck displays advertisements made to resemble those advertisements used on authentic Mister Softee trucks.

50. Defendant Advanced conducts a business selling soft serve ice cream and similar products through the use of a mobile truck. Advanced's truck (NY PL # 84910JN) is white with blue trim which borders the bottom of the truck. The truck's wheel rims are also painted blue. On the trucks' sides appear the word "Cones", "Sundaes" and "Shakes". In addition, the truck displays Mister Softee designed advertisements and menu board.

## COUNT I

## Trademark Infringement and Unfair Competition

51. Mister Softee incorporates the averments contained in paragraphs 1 through 50 as if fully set forth in this paragraph.

52. Defendants have utilized and benefited from Mister Softee's trademarks, trade names and trade dress in the operation of their mobile ice cream truck businesses without Mister Softee's permission and with the knowledge that Mister Softee has not consented to their use of Mister Softee's trademarks, trade names and trade dress.

53. Defendants willfully intended to trade on Mister Softee's reputation and cause dilution of its trademarks.

54. Defendants are guilty of trademark infringement pursuant to the Lanham Act, 15 U.S.C. §1051, *et seq.* Defendants' use of Mister Softee's marks constitutes a false designation of origin and is likely to cause confusion, mistake or deception as to their being affiliated, connected or associated with Mister Softee in violation of 15 U.S.C. §1125(a).

14

Defendants' conduct is also a violation of the common law of unfair competition and is an unfair trade practice under the common law.

55.     Defendants' continued operation of their mobile ice cream trucks also causes dilution of Mister Softee's famous marks in violation of 15 U.S.C. §1125(c).

56.     Defendants' continued operation as set forth above has caused and will cause Mister Softee irreparable injury in that Mister Softee will have difficulty franchising defendants' trading areas; business will be diverted from Mister Softee's trademarks; Mister Softee's trade names and business system will be diluted and taken from Mister Softee's control; and Mister Softee will lose profits and revenues which, because of Defendants' conduct, cannot be readily calculated. Additionally, because defendants are not affiliated with Mister Softee, Mister Softee has no ability to ensure that defendants are storing and dispensing their ice cream products in compliance with applicable health standards and laws.

57.     Mister Softee has no adequate remedy at law because it cannot be adequately compensated for the deprivation and dilution of the consumer recognition and goodwill built up under the Mister Softee trademarks, trade dress, trade names and business system as a result of defendants' conduct.

58.     Mister Softee's immediate and irreparable harm will continue unless defendants are enjoined from continuing to use Mister Softee's trademarks, trade dress and trade names.

WHEREFORE, plaintiff Mister Softee, Inc. demands judgment in its favor and against the defendants as follows:

i.     A preliminary and permanent injunction enjoining the defendants and their agents, employees and any person acting in concert with them from using Mister Softee,

15

Inc.'s proprietary trademarks and trade names or any colorable imitation in any manner whatsoever.

    ii.  An accounting of and judgment for the profits to which Mister Softee, Inc. may be entitled;

    iii.  Treble damages pursuant to 15 U.S.C. § 1117;

    iv.  An order requiring the defendants to deliver and/or destroy all labels, signs, prints, packages, wrappers, receptacles and advertisements in their possession bearing the word and/or symbol that is the subject of the trademark or trade name violation or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same pursuant to 15 U.S.C. §1118;

    v.  Punitive Damages;

    vi.  Attorneys' fees;

    vii.  Costs of this action; and

    viii.  Such further relief as this Court deems just and proper.

## COUNT II

### Trade Dress Infringement

59.  Mister Softee incorporates the averments contained in paragraphs 1 through 58 as if fully set forth in this paragraph.

60.  The type and size of the trucks used by the defendants are virtually the same as those used by Mister Softee.

61.  The color combinations and designs of defendants' trucks are virtually identical to that of Mister Softee.

16

62.     The advertising displays used by many of the defendants on their trucks are the same or confusingly similar to those used by Mister Softee.

63.     Defendants are guilty of trade dress infringement pursuant to the Lanham Act, 15 U.S.C. §1051, *et seq.* Defendants are using Mister Softee's trade dress without Mister Softee's permission. Defendants' trade dress for their mobile trucks constitutes a false designation of origin and is likely to cause confusion, mistake or deception as to being affiliated, connected or associated with Mister Softee in violation of 15 U.S.C. §1125(a).

64.     Defendants have utilized and benefited from Mister Softee's trade dress. As a result of defendants' use of Mister Softee's trade dress, they have also benefited from Mister Softee's goodwill developed through and associated with its trademarks and trade names since 1956.

65.     Defendants' continued operation also causes dilution of Mister Softee's marks in violation of 15 U.S.C. §1125(c).

66.     Defendants' continued operation as set forth above has caused and will cause Mister Softee irreparable injury in that Mister Softee will have difficulty franchising defendants' trading areas; business will be diverted from Mister Softee and its authorized distributors and franchisees; the goodwill related to Mister Softee's trade dress, trademarks, trade names and business system will be diluted and taken from Mister Softee's control; and Mister Softee will lose profits and revenues which, because of defendants' conduct, cannot be readily calculated.

67.     Mister Softee has no adequate remedy at law because it cannot be adequately compensated for the deprivation and dilution of the consumer recognition and goodwill built

up under the Mister Softee trade dress, trademarks and trade names as a result of defendants' conduct.

68.     Mister Softee's immediate and irreparable harm will continue unless defendants are enjoined from continuing to infringe Mister Softee's trade dress.

**WHEREFORE**, plaintiff Mister Softee, Inc. demands judgment in its favor and against the defendants as follows:

i.     A preliminary and permanent injunction enjoining the defendants and their agents, employees and any person acting in concert with them from using Mister Softee, Inc.'s trade dress or any colorable imitation in any manner whatsoever;

ii.     An accounting of and a judgment for the profits to which Mister Softee, Inc. may be entitled;

iii.     Treble damages pursuant to 15 U.S.C. § 1117;

iv.     An order requiring defendants to deliver and/or destroy all labels, signs, prints, packages, wrappers, receptacles, and advertisements in their possession bearing the word and/or symbol that is the subject of the trade dress violation or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same pursuant to 15 U.S.C. § 1118;

v.     An order requiring defendants to make all necessary changes and alterations to their trucks to avoid further infringement of Mister Softee's trade dress

vi.     Punitive damages;

vii.     Attorneys' fees;

viii.     Costs of this action; and

ix.     Such further relief as this Court deems just and proper.

Dated: August 26, 2005

HARGRAVES McCONNELL & COSTIGAN, P.C.

Andrew J. Costigan (3761)
The Graybar Building
420 Lexington Avenue, Suite 2101
New York, NY 10170
Telephone: (212) 218-8760
Facsimile: (212) 218-8761

Of Counsel:    Jeffrey Zucker
               Fisher & Zucker LLC
               121 S. Broad Street, Suite 1200
               Philadelphia, PA 19107
               (215) 545-5200
               Attorneys for Plaintiff Mister Softee, Inc.

EXHIBIT A







# EXHIBIT B

DATE: 18260JT   TYPE: COMMERCIAL       REGISTRANT INFORMATION:
IN#: 1GB...                            MOBILE ICE TREATS, LLC
7 CHEVR BL/WH   VAN  WEIGHT:009500
JEL: GAS        CYL: 08                590 PINE AIR DR        COUNTY: SUFF
(PIRES: 03/31/07  VALID: 03/25/05      BAY SHORE NY           ZIP: 11706
JS:                                    MI#: K75561 91948 641170-67





ATE: 18260JT    TYPE: COMMERCIAL              REGISTRANT INFORMATION:
N#: 1GBHC32RX23076094111-BMC-ETB   Document, Filed 08/26/05   Page 27 of 66 PageID #: 32
CHEVR BL/WH  VAN  WEIGHT:009500
EL: GAS       CYL: 08                590 PINE AIR DR              COUNTY: SUFF
PIRES: 03/31/07  VALID: 03/25/05     BAY SHORE NY                ZIP: 11706
S:                                   MI#: K75561 91948 641170-67



PLATE: 18260JT  TYPE: COMMERCIAL        REGISTRANT INFORMATION:
VIN#: 1GBHP32RXV3307603        KOOL;KAT;TREATS;LLC
97 CHEVR BL/WH  VAN  WEIGHT:009500
FUEL: GAS     CYL: 08          590 PINE AIR DR      COUNTY: SUFF
EXPIRES: 03/31/07  VALID: 03/25/05    BAY SHORE NY        ZIP: 11706
INS:                      MI#: K75561 91948 641170-67





PLATE:80984JN  TYPE:COMMERCIAL  REGISTRANT INFORMATION:
VIN#: 1GTJP32K4P3502311  YUCE,HUSEYIN,A  DOB: 01/21/70
93 GMC  BLUE  VAN  WEIGHT:007000  SEX: M
FUEL: GAS  CYL: 08  2A DENTON PL 2FL  COUNTY: NASS
EXPIRES: 01/07/06  VALID: 03/29/05  FARMINGDALE NY  ZIP: 11735
INS:  MI#: Y21117 07819 781057-70

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH
THIS RECORD ----
88 CHEVR WHITE  VAN  WEIGHT:007620 FUEL: GAS  CYL 08 VIN#
1GBGP32K3J3316703





ATE: 84356JN    TYPE: COMMERCIAL            REGISTRANT INFORMATION:
N#: 1GC... Case 2:05-cv-04111-BMC-ETB    Document 1    Filed 08/26/05    Page 30 of 66 PageID #: 35
: CHEVR WHITE  VAN  WEIGHT:007500                      SEX: M
EL: DIESEL    CYL: 08               21-29 25 ROAD 1FLR      COUNTY: QUEE
PIRES: 03/10/07  VALID: 03/11/05    ASTORIA NY            ZIP: 11102
IS:                                 MI#: T15777 33392 305089-45

# TOUFOS TRUCK#1



Case 2:03-cv-04111-BMC-ETB Document 15 Filed 08/26/05 Page 31 of 66 PageID #: 36

ATE: 843560N    TYPE: COMMERCIAL
IN#: LGC...
8 CHEVR WHITE   VAN   WEIGHT:007500
UEL: DIESEL   CYL: 08
XPIRES: 03/10/07  VALID: 03/11/05
NS:

REGISTRANT INFORMATION:

21-29 25 ROAD 1FLR          SEX: M
ASTORIA NY                 COUNTY: QUEE
                           ZIP: 11102
MI#: T15777 33392 305089-45



```
LATE: 84355JN    TYPE: COMMERCIAL          REGISTRANT INFORMATION:
IN#: 1GCJ9327H3325250          TOUFOS CHS          DOB: 08/02/45
7 CHEVR WHITE   VAN  WEIGHT:007500                 SEX: M
UEL: DIESEL     CYL: 08         21-29 25 ROAD 1FLR   COUNTY: QUEE
XPIRES: 03/10/07  VALID: 03/11/05  ASTORIA NY        ZIP: 11102
NS:                             MI#: T15777 33392 305089-45
```

# TOUFOS TRUCK #2





DATE: 84355JN    TYPE: COMMERCIAL

REGISTRANT INFORMATION:

IN#: 1GCGB32J7H3325259
7 CHEVR WHITE   VAN   WEIGHT:007500
JEL: DIESEL    CYL: 08
XPIRES: 03/10/07   VALID: 03/11/05
NS:

TOUROS GUS
DOB: 03/09/68
SEX: M

21-29 25 ROAD 1FLR
ASTORIA NY
MI#: T15777 33392 305089-45
COUNTY: QUEE
ZIP: 11102



**PSA ID:** 853420N TYPE: COMMERCIAL REGISTRANT INFORMATION:
VIN#: 1GCJP32J7H3325259 TOUFOS,GUS DOB: 08/02/45
87 CHEVR WHITE VAN WEIGHT:007100 SEX: M
FUEL: DIESEL CYL: 08 21-29 25 ROAD 1FLR COUNTY: QUEE
EXPIRES: 02/22/06 VALID: 02/23/04 ASTORIA NY ZIP: 11102
INS: MI#: T15777 33392 305089-45

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH
THIS RECORD ----

VOLUNTARY PLATE SURRENDER ON: 12/13/04

VOLUNTARY PLATE SURRENDER ON: 12/10/04
-------------------------- REGISTRATION ACTIVITIES --------------------------
REG SUSPENDED ON: 10/15/04 FOR 037 DAYS - REASON: INS. NOT IN EFFECT
COMPLIANCE DATE: 12/10/04 CLEARED ON: 01/17/05

# TOUFOS TRUCK #3



PSA PR: 8534 DIN 11 TYPE: COMMERCIAL       REGISTRANT INFORMATION:
VIN#: 1GCJP32J7H3325259          TOUFOS,GUS       DOB: 08/02/45
87 CHEVR WHITE  VAN  WEIGHT:007100                SEX: M
FUEL: DIESEL   CYL: 08          21-29 25 ROAD 1FLR   COUNTY: QUEE
EXPIRES: 02/22/06  VALID: 02/23/04    ASTORIA NY      ZIP: 11102
INS:                  MJ#: T15777 33392 305089-45

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH
THIS RECORD ----

VOLUNTARY PLATE SURRENDER ON: 12/13/04

VOLUNTARY PLATE SURRENDER ON: 12/10/04
--------------------------- REGISTRATION ACTIVITIES --------------------------
REG SUSPENDED ON: 10/15/04 FOR 037 DAYS - REASON: INS. NOT IN EFFECT
COMPLIANCE DATE: 12/10/04    CLEARED ON: 01/17/05



PLATE: 85341JN   TYPE: COMMERCIAL   REGISTRANT INFORMATION:
VIN#: 1GCJP32J7H3325259          TOUFOS,GUS          DOB: 08/02/45
87 CHEVR WHITE  VAN  WEIGHT:007100                   SEX: M
FUEL: DIESEL   CYL: 08          21-29 25 ROAD 1FLR   COUNTY: QUEE
EXPIRES: 02/22/06  VALID: 02/23/04    ASTORIA NY     ZIP: 11102
INS:                        MI#: T15777 33392 305089-45

----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH
THIS RECORD ---

VOLUNTARY PLATE SURRENDER ON: 12/13/04

VOLUNTARY PLATE SURRENDER ON: 12/10/04
------------------------- REGISTRATION ACTIVITIES ------------------------
REG SUSPENDED ON: 10/15/04 FOR 037 DAYS - REASON: INS. NOT IN EFFECT
COMPLIANCE DATE: 12/10/04    CLEARED ON: 01/17/05



TE: 87876JT   TYPE: COMMERCIAL        REGISTRANT INFORMATION:
N#: 1GDJP32J7R3583142        NAZARETYAN SEROP        DOB: 06/26/63
‧ GMC   WHITE   VAN   WEIGHT:009500                  SEX: M
EL: GAS       CYL: 08                40-39 48 ST D1        COUNTY: QUEE
PIRES: 03/30/07   VALID: 03/31/05    SUNNYSIDE NY           ZIP: 11104
S:                                   MI#: N01931 52722 464308-67
------------------------- REGISTRATION ACTIVITIES -----------------------------





TE: 87876JT    TYPE: COMMERCIAL         REGISTRANT INFORMATION:
N#: 1GDJ...                             NAZARETHAN, SEROB
  GMC    WHITE  VAN  WEIGHT:009560                         SEX: M
EL: GAS       CYL: 08                   40-39 48 ST D1     COUNTY: QUEE
PIRES: 03/30/07  VALID: 03/31/05        SUNNYSIDE NY       ZIP: 11104
S:                                      MI#: N01931 52722 464308-67
------------------------------ REGISTRATION ACTIVITIES ------------------------------



Case 2:03-cv-04111-BMC-ETB   Document 1   Filed 08/26/05   Page 38 of 66 PageID #: 43

ATE: 12277JU    TYPE: COMMERCIAL        REGISTRANT INFORMATION:
N#: 1GDHC32R5V3502010                    FERGIADIS, STAVROS    DOB: 09/21/78
 GMC    RED    VAN    WEIGHT:006900                            SEX: M
EL: GAS    CYL: 06                34-37  11 STREET        COUNTY: QUEE
PIRES: 03/31/06  VALID: 03/30/05  LONGISLANDCITY NY       ZIP: 11106
S:                                MI#: S05649 20928 016093-78

---- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD ----

EVIOUS PLATE: 85780JN  TYPE: COMMERCIAL.  PLATES REPLACED ON: 03/30/05

LUNTARY PLATE SURRENDER ON: 12/16/04





ATE: 12277JU    TYPE: COMMERCIAL            REGISTRANT INFORMATION:
N#: 1GDHP32R5V3502918                       SPAGIADIS, STAVROS      DOB: 03/21/48
  GMC    RED     VAN   WEIGHT:006900                                SEX: M
EL: GAS       CYL: 06                       34-37  11 STREET        COUNTY: QUEE
PIRES: 03/31/06  VALID: 03/30/05            LONGISLANDCITY NY       ZIP: 11106
G:                                          MI#: S05649 20928 016093-78

---- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD ----

EVIOUS PLATE: 85780JN  TYPE: COMMERCIAL  PLATES REPLACED ON: 03/30/05

LUNTARY PLATE SURRENDER ON: 12/16/04



.TE: 12282JU    TYPE: COMMERCIAL         REGISTRANT INFORMATION:
N#: 1GCJP32J4J3318761                    JOHN LUKE INC
    CHEVR  WHITE    VAN   WEIGHT:008000
EL: DIESEL     CYL: 08                   26 20 23 AVE              COUNTY: QUEE
PIRES: 03/31/07   VALID: 03/30/05        ASTORIA NY                ZIP: 11105
S:                                       MI#: J75304 60189 301110-51





TE: 12282JU    TYPE: COMMERCIAL              REGISTRANT INFORMATION:
N#: 1GC...                                   JOHN LUKE, INC
CHEVR WHITE    VAN    WEIGHT:008000
EL: DIESEL     CYL: 08                       26 20 23 AVE           COUNTY: QUEE
PIRES: 03/31/07   VALID: 03/30/05            ASTORIA NY             ZIP: 11105
IS:                                          MI#: J75304 60189 301110-51



ATE: 84306JN   TYPE: COMMERCIAL
IN#: TPT2335020S1
) GMC   GY/BK   VAN   WEIGHT:005500
JEL: GAS   CYL: 06
:PIRES: 03/31/07   VALID: 03/08/05
IS:

REGISTRANT INFORMATION:

34 37 11 ST   COUNTY: QUEE
LONGISLANDCITY NY   ZIP: 11106
MI#: E64825 36673 681110-64



ATE: 84306JN    TYPE: COMMERCIAL
IN#: TPT32A3502961
0 GMC    G17BK  VAN   WEIGHT:005500
UEL: GAS        CYL: 06
XPIRES: 03/31/07  VALID: 03/08/05
NS:

REGISTRANT INFORMATION:
EDWARD ITHAM INC

34 37 11 ST                  COUNTY: QUEE
LONGISLANDCITY NY            ZIP: 11106
MI#: E64825 36673 681110-64

Case 2:05-cv-04111-BMC-ETB   Document 1   Filed 08/26/05   Page 44 of 66 PageID #: 49



PLATE:18004JT   TYPE: COMMERCIAL       REGISTRANT INFORMATION:
VIN#: 1GDJP32J7L3503000          MALDONADO,JUAN,R      DOB: 01/10/37
90 GMC  GY/BL  VAN  WEIGHT:009200                    SEX: M
FUEL: DIESEL   CYL: 08          47 EAST CHERRY ST       COUNTY: SUFF
EXPIRES: 03/16/07  VALID: 03/17/05     CENTRAL ISLIP NY     ZIP: 11722
INS:                  MI#: M01415 33760 720839-37





PLATE: 18004JT TYPE: COMMERCIAL REGISTRANT INFORMATION:
VIN#: 1GDJP32J7L3503000 MALDONADO,JUAN,R DOB: 01/10/37
90 GMC GY/BL VAN WEIGHT:009200 SEX: M
FUEL: DIESEL CYL: 08 47 EAST CHERRY ST COUNTY: SUFF
EXPIRES: 03/16/07 VALID: 03/17/05 CENTRAL ISLIP NY ZIP: 11722
INS: MI#: M01415 33760 720839-37





PLATE: 18004JT   TYPE: COMMERCIAL          REGISTRANT INFORMATION
   VIN#: 1GDJP32J7L3503000          MALDONADO,JUAN,R      DOB: 01/10/37
90 GMC   GY/BL   VAN   WEIGHT:009200              SEX: M
FUEL: DIESEL   CYL: 08        47 EAST CHERRY ST      COUNTY: SUFF
EXPIRES: 03/16/07   VALID: 03/17/05     CENTRAL ISLIP NY      ZIP: 11722
INS:                     MI#: M01415 33760 720839-37



ATE: 12532JU    TYPE: COMMERCIAL          REGISTRANT INFORMATION:
N#: CPT Case 2:05-cv-04111-BMC-ETB   Document 1   Filed 08/26/05   Page 48 of 66 PageID #: 53
 CHEVR GREY    VAN   WEIGHT:003700
IEL: GAS        CYL: 06                25 56 31ST ST              COUNTY: QUEE
PIRES: 04/30/07  VALID: 04/20/05       ASTORIA NY                ZIP: 11102
IS:                                    MI#: D61323 68093 911110-28

# DAIRY LINE CORP
## TRUCK #1





ATE: 84730JN   TYPE: COMMERCIAL          REGISTRANT INFORMATION:
N#: 1GCH<del>926 3 305 1V 0</del>4111-BMC-ETB   Do<del>cument 1</del>   <del>Filed</del> 08/26/05   Page 49 of 66 PageID #: 54
 CHEVR WHITE  VAN  WEIGHT:006500
IEL: GAS       CYL: 08              25-56 31ST ST            COUNTY: QUEE
:PIRES: 03/31/07  VALID: 03/24/0S   ASTORIA NY              ZIP: 11102
IS:                                 MI#: D61323 68093 911110-28

# DAIRY LINE CORP
## TRUCK #2





ATE: 84729JN   TYPE: COMMERCIAL          REGISTRANT INFORMATION:
IN#: 1GB...                              DAIRY LINE CORP
3 CHEVR GREEN  VAN  WEIGHT:006500
JEL: GAS       CYL: 06                   25-56 31ST ST            COUNTY: QUEE
(PIRES: 03/31/07  VALID: 03/24/05        ASTORIA NY               ZIP: 11102
VS:                                      MI#: D61323 68093 911110-28

# DAIRY LINE CORP
## TRUCK #3





ATE: 84729JN    TYPE: COMMERCIAL          REGISTRANT INFORMATION:
IN#: 1GB Case 2:05-cv-04111-BMC-ETB   Document 1-2 Filed 08/26/05   Page 51 of 66 PageID #: 56
8 CHEVR GREEN   VAN   WEIGHT:006500
UEL: GAS        CYL: 06                    25-56 31ST ST              COUNTY: QUEE
XPIRES: 03/31/07   VALID: 03/24/05         ASTORIA NY                 ZIP: 11102
NS:                                        MI#: D61323 68093 911110-28



ATE: 52562JT    TYPE: COMMERCIAL
:N#: 1GC...    REGISTRANT INFORMATION:
: CHEVR WHITE  VAN  WEIGHT:008500
!EL: DIESEL    CYL: 08
:PIRES: 03/28/07  VALID: 03/29/05
IS:

Case 2:05-cv-04111-BMC-ETB   Document 1   Filed 08/26/05   Page 52 of 66 PageID #: 57





N#: 1GC<del>Case 2:05-cv-</del>84111-BMC-ETB   Document 1-4 Filed 08/26/05   Page 53 of 66 PageID #: 58
CHEVR WHITE  VAN  WEIGHT:008500                              SEX: F
EL: DIESEL   CYL: 08          10 BERRY HILL LANE    COUNTY: NASS
PIRES: 03/28/07  VALID: 03/29/05   BETHPAGE NY       ZIP: 11714
S:                            MI#: K15535 44766 112599-52



TE: 56260JT   TYPE: COMMERCIAL
N#: 1FCJ...

FORD   RED   VAN   WEIGHT:004691
EL: GAS   CYL: 08
PIRES: 01/25/07   VALID: 01/26/05
S:

REGISTRANT INFORMATION:
CABRAL, HÉCT.NO7A   DOB: 05/10/64
SEX: M
157 BARBEY ST 2FL   COUNTY: KING
BROOKLYN NY   ZIP: 11207
MI#: C01062 39461 493352~64





TE: 56260JT    TYPE: COMMERCIAL
N#: 1FC<del>E398130</del>5GY504111-BMC-ETB   Document 1   Filed 08/26/05   Page 55 of 66 PageID #: 60
 FORD   RED    VAN  WEIGHT:004691
EL: GAS      CYL: 08
PIRES: 01/25/07  VALID: 01/26/05
S:

REGISTRANT INFORMATION:
CABRAL, TEOTIMO, A        DOB: 03/10/64
                         SEX: M
157 BARBEY ST 2FL        COUNTY: KING
BROOKLYN NY              ZIP: 11207
MI#: C01062 39461 493352-64



ATE: 52687JT   TYPE: COMMERCIAL
N#: 1GD...   REGISTRANT INFORMATION:
                                    GERCN, MANUEL, 0
  GMC   GREY   VAN   WEIGHT:004200
EL: GAS        CYL: 08              81-14 34 AVE APT 33
PIRES: 04/12/07   VALID: 04/13/05  JACKSON HGTS NY
S:                                 MI#: 026309 03005 628069-58

DOB: 12/25/58
SEX: M
COUNTY: QUEE
ZIP: 11372





ATE: 52687JT    TYPE: COMMERCIAL              REGISTRANT INFORMATION:
N#: 1GDK 1:05-cr-00604111-BMC-ETB   Document 1 Filed 08/26/05   Page 57 of 66 PageID #: 62
 GMC    GREY   VAN  WEIGHT:004200                              SEX: M
EL: GAS       CYL: 08              81-14 34 AVE APT 33         COUNTY: QUEE
PIRES: 04/12/07  VALID: 04/13/05   JACKSON HGTS NY             ZIP: 11372
S:                                 MI#: U26309 03005 628069-58



ATE: 54142JJ    TYPE: COMMERCIAL
N#: F35          REGISTRANT INFORMATION:
. FORD  WH/BL  VAN  WEIGHT:006850
EL: GAS      CYL: 06          47-17 104 ST 2FL        SEX: F
PIRES: 03/06/07  VALID: 03/24/05    CORONA NY          COUNTY: QUEE
IS:                                                    ZIP: 11368
                              MI#: A18209 54953 335357-72

Case 2:05-cv-04111-BMC-ETB   Document 1   Filed 08/26/05   Page 58 of 66 PageID #: 63





LATE: 54142JJ    TYPE: COMMERCIAL           REGISTRANT INFORMATION:
IN#: P35          Case 1:05-cv-04111-BMC-ETB    Document 2    Filed 08/26/05    Page 59 of 66 PageID #: 64
1 FORD   WH/BL   VAN   WEIGHT:006850
JEL: GAS          CYL: 06                   47-17 104 ST 2FL              COUNTY: QUEE
XPIRES: 03/06/07  VALID: 03/24/05           CORONA NY                    ZIP: 11368
NS:                                         MI#: A18209 54953 335357-72



REGISTRANT INFORMATION:

384 KEAP ST APT 22
BROOKLYN NY
MI#: A04023 87828 334990-69

SEX: M
COUNTY: KING
ZIP: 11211





TE: 12249JU    TYPE: COMMERCIAL          REGISTRANT INFORMATION:

W#: 1FCJ Case 1:05-cv-04111-BMC-ETB   Document 61 1 A Filed 08/26/05   Page 61 of 66 PageID #: 66

 FORD  WHITE  VAN  WEIGHT:007000                      SEX: M
5L: GAS      CYL: 08            384 KEAP ST APT 22      COUNTY: KING
PIRES: 03/27/07  VALID: 03/28/05  BROOKLYN NY          ZIP: 11211
3:                              MI#: A04023 87828 334990-69



TE: 1241 TYPE: COMMERCIAL                    REGISTRANT INFORMATION
N#: 1GCJP32J2J3331377              ZHIRZHAN,NAPO                  DOB: 05/06/78
 CHEVR WHITE  VAN  WEIGHT:006000                                 SEX: M
EL: GAS       CYL: 08             706 PT WASHINGTON RD    COUNTY: NASS
PIRES: 04/11/07   VALID: 04/12/05   PT WASHINGTON NY       ZIP: 11050
S:                                 MI#: Z08336 16615 403272-78
-------------------------- REGISTRATION ACTIVITIES --------------------------
G SUSPENDED ON: 07/31/05 FOR 000 DAYS - REASON: INS. NOT IN EFFECT
MPLIANCE DATE:





ATE: 84910JN    TYPE: COMMERCIAL
N#: 1GC<del>...</del>
  CHEVR WHITE  VAN  WEIGHT:007200
CL: DIESEL    CYL: 08
PIRES: 05/31/07  VALID: 05/04/05
S:

Case 2:08261-04111-BMC-ETB   Document 14 Filed 08/26/05   Page 63 of 66 PageID #: 68

REGISTRANT INFORMATION:

140 APPLEHILL RD        COUNTY: ULST
HURLEY NY               ZIP: 12443
MI#: A64788 00086 631244-32





DATE: 84910JN    TYPE: COMMERCIAL
IN#: 1GCJP32JXH3325151
7 CHEVR WHITE   VAN   WEIGHT:007200
DEL: DIESEL     CYL: 08
XPIRES: 05/31/07   VALID: 05/04/05
NS:

REGISTRANT INFORMATION:
ADVANCED AT INC

140 APPLEHILL RD          COUNTY: ULST
HURLEY NY                 ZIP: 12443
MI#: A64788 00086 631244-32



EXHIBIT C