Andrew J. Costigan (AC-3761)
HARGRAVES McCONNELL & COSTIGAN, P.C.
420 Lexington Avenue, Suite 2101
New York, New York 10170
P: 212-218-8760
F: 212-218-8761

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **MISTER SOFTEE, INC.** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION NO.** |
| **KOOL KAT TREATS, LLC d/b/a MR. FROSTEE et al.** | : | **CV 05-4111 (BMC)(ETB)** |
| **Defendants.** | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P.41(a)(1), plaintiff dismisses this action with prejudice as against the following defendants **ONLY**: Kool Kat Treats, LLC d/b/a Mr. Frostee, Kool Kat Ice Cream Vending, Inc., William Canada d/b/a Mr. Frostee, Gus Toufos, Huseyn A. Yuce, Teotimo Cabral, Mister Ice Cream Soft, Inc., Marcos Neira, Manuel Uzhca, R. Adames Devargas and Piedad Avevalo.

HARGRAVES MCCONNELL & COSTIGAN, PC.

BY: _____

Andrew J. Costigan
The Graybar Building
420 Lexington Avenue
New York, New York 10170

Of Counsel:   Jeffrey Zucker
David Allsman
FISHER ZUCKER LLC
121 South Broad Street, Suite 1200
Philadelphia, PA 19107
215-545-5200
Attorneys for Plaintiff Mister Softee, Inc.

Date:   October 2, 2006
New York, New York

## CERTIFICATE OF SERVICE

I, Andrew J. Costigan, certify that I have this day caused a true and correct copy of the below described Notice of Voluntary Dismissal upon the defendants at the addresses listed below:

| | |
|---|---|
| Pleading or Motion served: | Plaintiff's Notice of Voluntary Dismissal as to Defendant Kool Kat Treats, LLC d/b/a Mr. Frostee, Kool Kat Ice Cream Vending, Inc., William Canada d/b/a Mr. Frostee, Gus Toufos, Huseyn A. Yuce, Teotimo Cabral, Mister Ice Cream Soft, Inc., Marcos Neira, Manuel Uzhca, R. Adames Devargas and Piedad Avevalo. |
| Defendants: | KOOL KAT TREATS, LLC d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 |
| | KOOL KAT ICE CREAM VENDING, INC.<br>d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 |
| | WILLIAM CANADA d/b/a MR. FROSTEE<br>590 Pine Aire Drive<br>Bayshore, NY 11706 |
| | HUSEYIN A. YUCE d\b\a Mr. Frosty<br>2A Denton Pl., 2nd Floor<br>Farmingdale, NY 11735 |
| | GUS TOUFOS<br>21-29 25 Road, 1st Floor<br>Astoria, NY 11102 |
| | TEOTIMO A. CABRAL<br>157 Barbey Street, 2nd Floor<br>Brooklyn, NY 11207 |
| | PIEDAD M. AVEVALO<br>47-17 104th Street, 2nd Floor<br>Corona, NY 11368 |
| | MARCOS A. NEIRA/MR. ICE CREAM SOFT, INC.<br>111-50 Corona Avenue<br>Corona, NY 11368 |

MANUEL J. UZHCA
81-14 34th Avenue, Apt. 33
Jackson Heights, NY 11372

R. ADAMES-DEVARGAS
384 Keap Street, Apt. 22
Brooklyn, NY 11211

Mode of Service:                   Via first class mail

_____
Andrew J. Costigan

Date:   October 2, 2006
        New York, New York