IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MISTER SOFTEE INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | **CIVIL ACTION NO.** |
| KOOL KAT TREATS, LLC | : | |
| d/b/a MR. FROSTEE et al. | : | CV 05-4111 (BMC)(ETB) |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R.Civ.P. 41(a)(1), plaintiff dismisses this action with prejudice as against the

following defendants **ONLY**: John Luke, Inc. and S. Konstantikakos.

HARGRAVES McCONNELL & COSTIGAN, P.C.

By: _____

Andrew J. Costigan (3761)
The Graybar Building
420 Lexington Avenue
New York, New York 10170
Telephone: (212) 218-8765

Of Counsel:   Jeffrey Zucker
David J. Allsman
FISHER ZUCKER LLC
121 South Broad Street, Suite 1200
Philadelphia, PA 19107
(215) 545-5200
Attorneys for Plaintiff Mister Softee, Inc.

Dated: January 22, 2007

## CERTIFICATE OF SERVICE

I, Andrew J. Costigan, certify that I have this day caused a true and correct copy of the below described pleading or motion to be served upon opposing the parties at the address listed below:

Pleading or Motion served:   Plaintiff's Notice of Voluntary Dismissal as to Defendants John Luke, Inc. and S. Konstantakakos.

Defendants:   JOHN LUKE, INC.
26 20 23rd Avenue
Astoria, NY  11105

S. KONSTANTAKAKOS
40 Berry Hill Lane
Bethpage, NY 11714

Mode of Service:   Via first class mail

Andrew J. Costigan

Date: January 22, 2007